

### IN THE COURT OF CRIMINAL APPEALS
### OF TEXAS

### NO. WR-85,941-01

### EX PARTE FIDENCIO VALDEZ, Applicant

### ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS
### IN CAUSE NO. 20120D00749-384-01 IN THE 384TH JUDICIAL DISTRICT COURT
### EL PASO COUNTY

*Per curiam*.

### O R D E R

In May 2014, a jury found Applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court sentenced Applicant to death.[1] On June 22, 2016, the State filed in this Court its brief on

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas Code of Criminal Procedure.

Applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b), and two motions for extension filed pursuant to Article 11.071 § 4A, Applicant's initial application for a writ of habeas corpus was due to be filed in the trial court on or before July 28, 2017. *See Ex parte Valdez*, No. WR-85,941-01 (Tex. Crim. App. June 28, 2017) (not designated for publication).

It has been three and a half years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 60 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish